## IN THE UNITED STATES BANKRUPTCY COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| IN RE: | ) | Chapter 13 |
| | ) | |
| JANE E. GANTNER | ) | Case No. 16-01088 |
| | ) | |
| Debtor(s). | ) | Judge Goldgar |

### NOTICE OF MOTION

*To the following persons or entities who have been served via electronic mail:*
U.S. Bankruptcy Trustee: USTPRegion11.ES.ECF@usdoj.gov
Glenn Stearns, Chapter 13 Trustee: mcguckin_@lisle13.com

*To the following persons or entities who have been served via U.S. Mail:*
See attached list.

Please take notice that I shall appear before the following named Bankruptcy Judge, or any other Judge presiding in his stead at 1792 Nicole Lane, Round Lake Beach, Illinois, 60073, and present the attached **Motion to Incur Debt** at which time and place you may appear.

> JUDGE: Goldgar
> DATE: April 13, 2018
> TIME: 9:30 AM

### PROOF OF SERVICE

A copy of this Notice of Motion and attachments were deposited at the United States Post Office, Wheeling, Illinois, 60090, with sufficient postage prepaid, on or before March 27, 2018, at 5:30p.m., or served electronically by the bankruptcy court, under oath and under all penalties of perjury.

/s/ Ryan J. McCready
Ryan J. McCready, A.R.D.C. #6308289

Attorney for the Debtor(s)
DAVID M. SIEGEL & ASSOCIATES
790 Chaddick Drive
Wheeling, IL  60090
847/520-8100

## Service List

The following entities were served by first-class U.S. mail, postage pre-paid:

Jane E. Gantner
534 Shakespeare Dr.
Grayslake, IL 60030

Ascension Capital Group
4515 N Santa Fe Ave Dept APS
Oklahoma City, OK 73118

Navient Solutions, Inc.
Attn: bankruptcy Litigation Unit E3149
PO Box 9430
Wilkes-Barre, PA 18773-9430

Capital One Bank (USA), N.A.
PO Box 71083
Charlotte, NC 28272-1083

Nuvell Credit Company
PO Box 130424
Roseville MN 55113-0004

Quantum3 Group LLC
PO Box 788
Kirkland, WA 98083-0788

Midland Funding LLC
PO Box 2011
Warren MI 48090

Illinois Bell Telephone Company
Karen A. Cavagnaro - Lead Paralegal
One AT&T Way, Room 3A104
Bedminster, NJ 07921

Credit Union 1
450 E. 22nd Street
Suite 250
Lombard, IL 60148-6176

Jefferson Capital Systems LLC
Po Box 7999
Saint Cloud Mn 56302-9617

Portfolio Recovery Associates, LLC
POB 41067
Norfolk, VA 23541

## IN THE UNITED STATES BANKRUPTCY COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| IN RE: | ) | Chapter 13 |
| | ) | |
| JANE E. GANTNER | ) | Case No. 16-01088 |
| | ) | |
| Debtor(s). | ) | Judge Goldgar |

### MOTION TO INCUR DEBT

NOW COMES, the Debtor, JANE E. GANTER, by and through their attorneys, DAVID M. SIEGEL AND ASSOCIATES, to present this Motion, and in support thereof states as follows:

1) Jurisdiction is proper and venue is fixed in this Court with respect to these parties.

2) On January 14, 2016, the Debtor filed a voluntary petition for relief pursuant to Chapter 13 under Title 11 USC. Glenn Stearns was appointed Trustee in this case.

3) The Debtors' Chapter 13 plan provides for payments of $850.00 per month. General unsecured creditors will receive at least 10% of their allowed claims.

4) The Debtor is ahead in her monthly plan payments.

5) The Debtor's vehicle, a 2012 Buick Enclave has become too expensive to repair and maintain. Lately the vehicle has required frequent repairs for several different issues on a monthly basis and is costing Debtor $700.00 to $800.00 dollars per visit to the auto shop. See Exhibit A

6) The Debtor wishes to purchase a 2016 Dodge Grand Caravan from Liberty Auto Plaza. The terms of the deal include financing of $18,595.94, financed at 15.49%, with monthly payments of $399.89 for seventy-one months. See Exhibit B.

8) Since filing the Debtor has begun receiving Social Security and proposes to use that income to pay for the additional vehicle. See Exhibit C.

10) The Debtors bring this motion in good faith with the intention of completing their plan.

WHEREFORE, the Debtor, JANE E. GANTER, prays that this Honorable Court grant the Motion to Incur Debt, and for any further relief deemed proper.

Respectfully Submitted,

/s/ Ryan J. McCready
Ryan J. McCready, A.R.D.C. #6308289
Attorney for the Debtor(s)

DAVID M. SIEGEL & ASSOCIATES
790 Chaddick Drive
Wheeling, IL 60090
847/ 520-8100